**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA**

      **Plaintiff,**

**v.**                                                                               **CASE NO. 8:04-cr-519-T-30EAJ**

**WILLIAM TERRY WILSON,**

      **Defendant.**
_____/

## REPORT OF PRELIMINARY PROBATION REVOCATION HEARING

THIS CAUSE came on to be heard at the preliminary probation revocation hearing. At the hearing, the Government presented testimony that established probable cause to believe that the Defendant has violated the conditions of probation, as alleged.

It is therefore

ORDERED that the Defendant shall be held for final revocation proceedings before the Magistrate Judge exercising supervision of the Defendant; and it is

ORDERED that the Clerk of the Court shall schedule said hearing at the earliest time available on the Judge's calendar. It is further

ORDERED that the Government shall produce for inspection and copying by counsel for the Defendant all tangible evidence which the Government intends to

introduce at said hearing and to furnish a list of Government witnesses as soon as possible and no later than two (2) days prior to the final probation revocation hearing.

**Done and Ordered** in Tampa, Florida this 28th day of December 2005.

THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
United States Attorney's Office
Attorney for Defendant
U.S. Probation
U.S. Marshal
Cathy Morgan, Courtroom Deputy